FORM: Use this button to save the form and allow for further editing or printing.
URE FORM: Use this button to save the form for printing or uploading. The form will not allow further editing (secure format).

B 25C (Official Form 25C) (12/08)

9

# UNITED STATES BANKRUPTCY COURT

In re **Marie-Louise Pauson**
*Debtor*

Case No. **14-10121**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **March 2014**          Date filed: **4/14/2014**

Line of Business: **Consultant**     NAISC Code: **812990**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

**Marie-Louise Pauson**
Original Signature of Responsible Party

**Marie-Louise Pauson**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ NA | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☑ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 20. (cash)

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month (see bank statement) $406.27
Cash on Hand at End of Month $ 32.57

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU TOTAL $ 32.57 as of 4/31/20

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

see "profit and loss" statement attached

TOTAL EXPENSES $ 273.

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 20 + 406.2
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 273

*(Subtract Line C from Line B)* CASH PROFIT FOR THE MONTH $ 153.27

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

1. PSE bill not determined exactly - will receive "energy assistance"
2. *See attached property tax statement for land.

*(Exhibit D)*

TOTAL PAYABLES $ _____

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*(Exhibit E)*

TOTAL RECEIVABLES $ 310.

⊛ Payment will be made in April for work in March

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 650. |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ see note below |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: ① see note below    $ 800 — 4000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:    $ tbd
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:    $ tbd

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

① I mentioned "income streams" and I am working a new one involving rental income. This is in addition to several business opportunities which have not come to fruition yet.

I am trying also to resolve my mortgage status and bring to light "the details" of my interaction with 2 lending institutions. The outcome of the 3 cases (in total) that I will file with the Bankruptcy Court will determine (at least partially) my financial status. This note is to update the Bankruptcy Court as to the overall actions "in process" at this present time, 4/14/2014.

RE: 14-10121
Marie-Louise Pauson
"Pauson and Associates"
Balance Sheet

March 1, 2014 - March 31, 2014

April 14, 2014

| | |
|---|---|
| **Currents Assets** | |
| Cash | $32.57 |
| Accounts Receivable | $310. |
| Insurance PrePay | 0 |
| **Total Current Assets** | **$342.57** |
| | |
| **Non-Currrent Assets** | |
| Office Building | $39.940. |
| Accumulated Depreciation | 0 |
| Office equipmment | $340. |
| **Total Non-Current Assets** | **$40,280.** |
| | |
| Total Assets | $40,622.57 |
| **Corrent Liabilities** | |
| Insurance | $114. |
| Internet | $41. |
| Utilities | $69. |
| **Total Current Liabilities** | **$224.** |
| | |
| **Non-Current Liabilities** | |
| Mortgage | $325. |
| **Total Non-Current Liabilities** | **$325.** |
| | |
| Total Liabilities | $549. |
| | |
| Net Assets | $40,073.57 |
| | |
| **Equity** | |
| Business Owner, Capital | $40,073.57 |
| | |
| **Total Equity** | **$40,073.57** |

PAUSON *and* ASSOCIATES

4811 Taylor Avenue NE
Bainbridge Island, WA 98110
Telephone (206) 780-1949
Fax (206) 780-1949

RE: 14-10121
Marie-Louise Pauson
"Pauson and Associates"
Profit and Loss Statement

March 1 - March 31, 2014

April 14, 2014

## ORDINARY INCOME

| | |
|---|---|
| Gross Income | (cash) $20. |
| Remaining Balance | $32.57 |

## EXPENSES

| | |
|---|---|
| Automobile Expense, insurance, etc. | $114. |
| Gas | $30. |
| Internet | $41. |
| Utilities | $69. |
| Computer supplies | 0 |
| Advertising | 0 |
| Postage | |
| Professional fees | 0 |
| Repairs & Maintenance | |
| Dues and Subscriptions | 0 |
| Other | $19. |
| **TOTAL COST OF DOING BUSINESS** | **$273.** |
| Operating Profit or Loss | $153.27 |

14-10121 -Exhibit D



**Meredith R. Green, CPA**
MAKE REMITTANCES PAYABLE TO:
Kitsap County Treasurer
PO Box 299, Bremerton, WA 98337
360 337-7135
www.kitsapgov.com/treas

# PROPERTY TAX STATEMENT
Kitsap County, State of Washington

Printed: 01/21/14

PAUSON MARIE LOUISE &
HOROWITZ CAROL HETTI
4811 TAYLOR AVE NE
BAINBRIDGE ISLAND, WA 98110

BRING ALL PARTS WHEN PAYING IN PERSON

| Parcel/Account Number | 1542448 |
|---|---|
| 4186-003-003-0009 | Taxpayer Name: PAUSON MARIE LOUISE & |

### Tax Property Description
TAYLOR 2ND ADDN TO PORT BLAKELY
LOT 3, BLOCK 3, TAYLOR 2ND ADDITION TO PORT BLAKELY, AS RECORDED IN VOLUME 2 OF PLATS, PAGE 56, RECORDS OF KITSAP COUNTY, WASHINGTON.

### GENERAL TAX DISTRIBUTION

| | 2013 | | 2014 |
|---|---|---|---|
| STATE GENERAL | 146.74 | STATE GENERAL | 144.71 |
| PUD | 4.78 | PUD | 5.00 |
| PARK AND REC | 47.51 | PARK AND REC | 54.09 |
| REGIONAL LIBRARY | 22.89 | REGIONAL LIBRARY | 23.53 |
| LOCAL SCHOOL | 195.47 | LOCAL SCHOOL | 201.84 |
| CITY | 83.06 | CITY | 83.57 |
| FIRE | 76.61 | FIRE | 77.45 |
| COUNTY | 70.32 | COUNTY | 72.31 |
| 2013 Total: | 647.38 | 2014 Total: | 662.50 |

### VALUE INFORMATION FOR TAX

| | 2013 | 2014 |
|---|---|---|
| Land: | 58,530 | 58,530 |
| Improvements: | 0 | 0 |
| TOTAL VALUE: | 58,530 | 58,530 |
| TOTAL TAXABLE VALUE: (Land + Improvements minus Qualifying Exemptions) | 58,530 | 58,530 |

Tax Code Area 0215   General Levy Rate per $1000  11.3191
Voted Rate -- 33.0 % Voter Approved

### Assessments

| | 2013 | | 2014 |
|---|---|---|---|
| Noxious Weed | 2.00 | Noxious Weed | 2.00 |
| Assessment Total: | 2.00 | | 2.00 |

**2014 General Property Tax + Assessments = $664.50**

#### Delinquent Section
| Year | Taxes | Int/Pen to 4/14 | Total |
|---|---|---|---|
| 2012 | 668.28 | 233.68 | 901.96 |
| 2011 | 688.24 | 323.26 | 1,011.50 |
| Total Delinquent Amount Due: | | | $1,913.46 |
| Collection Costs | | | 15.00 |

# FORECLOSURE

**Total Amount Due ▶ $2,592.96**

Locate detailed information 24 hours per day at: www.kitsapgov.com/treas

---

| Account Number: | 4186-003-003-0009 | 1542448 | Parcel Location: No address on file |

Statement printed 01/21/14

Payments of prior year taxes must include all interest and penalty due. Delinquent payments received without interest and penalty will be returned.

**1**

### Pay or Postmark by April 30

Taxpayer Name: PAUSON MARIE LOUISE &
PAUSON MARIE LOUISE &
HOROWITZ CAROL HETTI
4811 TAYLOR AVE NE
BAINBRIDGE ISLAND WA 98110

4186-003-003-00090

### FIRST HALF PAYMENT

| TAX YEAR | Prev Tax Owing | Interest/Penalty 4/14 | TOTAL Full | Half |
|---|---|---|---|---|
| Current: 2014 | | | 664.50 | 332.25 |
| 2012 | 668.28 | 233.68 | 901.96 | |
| 2011 | 688.24 | 323.26 | 1,011.50 | |
| | | Collection Costs | 15.00 | |

# FORECLOSURE

**Amount Due ▶ $2,260.71**

The 2011 and all prior year's taxes plus collection costs must be paid by 4/30/14 to stop the foreclosure.

4186003003000091

14-10121- Exhibit F

# CB ColumbiaBank

Direct Inquiries to:
**Winslow (206) 842-5651**
249 Winslow Way E  Bainbridge Island WA 98110

>001815 4052887 0001 092155 10Z 1086
MARIE LOUISE PAUSON
PAUSON AND ASSOCIATES
4811 TAYLOR AVE NE
BAINBRIDGE ISLAND WA 98110-3186

STATEMENT OF ACCOUNT

| | |
|---|---|
| Statement Date: | 03/31/14 |
| Last Statement Date: | 02/28/14 |
| Account: | XXXXXX1387 |

Stay connected with us.



Like us on Facebook
facebook.com/columbiastatebank



Follow us on Twitter
twitter.com/columbiabanknw

## SUMMARY OF ACCOUNT BALANCES

| Account Name | Account Number | Ending Balance |
|---|---|---|
| Primary Business Checking | XXXXXX1387 | $32.57 |

## PRIMARY BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account Number | XXXXXX1387 | Beginning Balance | $406.27 |
| Low Balance | $35.57 | **Credits** | |
| | | Deposits | $0.00 |
| | | ACH Credits | $0.00 |
| | | Other Credits | $0.00 |
| | | Total Credits | $0.00 |
| | | Total Maintenance Fees | $3.00 |
| | | **Debits** | |
| | | ACH Debits | $282.06 |
| | | Other Debits | $80.64 |
| | | Electronic Checks | $0.00 |
| | | Checks | $8.00 |
| | | Total Debits | $373.70 |
| | | Ending Balance | $32.57 |

## ACH DEBITS

| Date | Description | | Amount |
|---|---|---|---|
| 03-11 | Preauthorized ACH Dr | PAYPAL INST XFER INSTANT TRANSFER<br>91000018091862 J222222FPMNKQ | $49.41 |
| 03-19 | Preauthorized ACH Dr | CENTURYLINK ONLINE PMT<br>64100856048862 CKF273858455POS | $40.99 |

ACH Debits continued on next page

14-10121 — Exhibit F

 STATEMENT OF ACCOUNT

Statement Date: 03/31/14
Account: XXXXXX1387

## ACH DEBITS (Continued)

| Date | Description | | Amount |
|---|---|---|---|
| 03-19 | Preauthorized ACH Dr | KEMPER ONLINE PMT | $191.66 |
| | | 64100856374216 CKF273858455POS | |
| | | Total ACH Debits: | $282.06 |

## OTHER DEBITS

| Date | Description | | Amount |
|---|---|---|---|
| 03-03 | POS Payment | SAFEWAY STORE BAINBRIDGE IS WA | $4.99 |
| 03-03 | POS Payment | WSFERRIES-CD 88880879 SEATTLE WA | $7.85 |
| 03-03 | POS Payment | TOWN & COUNTRY 343 E. BAINBRIDGE IS WA | $17.96 |
| 03-10 | POS Payment | SAFEWAY STORE BAINBRIDGE IS WA | $8.47 |
| 03-12 | POS Payment | PAYPAL *UPTONTEAIMP 402-935-7733 CA | $21.32 |
| 03-14 | POS Payment | TOWN & COUNTRY BAINBRIDGE IS WA | $2.19 |
| 03-17 | POS Payment | WSFERRIES-CD 88880879 SEATTLE WA | $7.85 |
| 03-17 | POS Payment | CHEVRON 00200425 BAINBRIDGE IS WA | $10.01 |
| | | Total Other Debits: | $80.64 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 995474 | 03-05 | $8.00 | | | | | | |

Total Checks: $8.00

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03-01 | $406.27 | 03-11 | $309.59 | 03-19 | $35.57 |
| 03-03 | $375.47 | 03-12 | $288.27 | 03-31 | $32.57 |
| 03-05 | $367.47 | 03-14 | $286.08 | | |
| 03-10 | $359.00 | 03-17 | $268.22 | | |

## MAINTENANCE FEES

Following is a description of the maintenance fees that were applied to your account this month.

| Service Charge | Amount |
|---|---|
| Maintenance Fee | $3.00 |
| Transaction Fee | $0.00 |
| Cash Deposited Fee | $0.00 |
| Total Maintenance Fee: | $3.00 |